UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                             Case Nos.:   5:12cr3/MW/CJK
                                                            5:16cv190/MW/CJK

JAMES HARDESTY MOORE
_____/

REPORT AND RECOMMENDATION

This case is before the court on Defendant's letter motion seeking to withdraw his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (ECF No. 408). Defendant originally filed a motion pursuant to 28 U.S.C. § 2241 in the Eastern District of North Carolina, which that court transferred to this district after construing it as a motion pursuant to § 2255. (*See* ECF No. 400). This court directed Defendant to file his motion on the proper court form, and having received no response, entered an order directing Defendant to show cause why his case should not be dismissed for his failure to comply with a court order. (ECF Nos. 401, 405). Defendant responded to the latter order by letter, indicating his intent to withdraw his § 2255 motion.

Case Nos.: 5:12cr3/MW/CJK; 5:16cv190/MW/CJK

Based on the foregoing, it is respectfully RECOMMENDED:

Defendant's letter motion to withdraw his § 2255 motion (ECF No. 408) be GRANTED, and the motion to vacate, set aside, or correct sentence (ECF No. 400) be **dismissed without prejudice**.

At Pensacola, Florida, this 28th day of September, 2016.


*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>   A copy of objections shall be served upon all other parties.   If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.   *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case Nos.: 5:12cr3/MW/CJK; 5:16cv190/MW/CJK