IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.	Case No. 5:12cr3-MW/CJK-4

JAMES HARDESTY MOORE,

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 410. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant's motion to withdraw his motion, ECF No. 408, is **GRANTED**, and the motion to vacate, set aside or correct sentence, ECF No. 400, is **DISMISSED without prejudice**. The Clerk shall close the file.

SO ORDERED on November 7, 2016.

                                          **s/Mark E. Walker            
                                          United States District Judge**